IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

___

| | |
|---|---|
| **RODNEY HARPER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 2:17-cv-02132-STA-cgc |
| ) | |
| **TINA HOUSTON in her official and individual** ) | |
| **capacities, and DORIS WARREN in her** ) | |
| **Official and individual capacities,** ) | |
| ) | |
| **Defendants.** ) | |

___

### ORDER ADOPTING THE MAGISTRATE JUDGE'S RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR CONTEMPT
___

Before the Court is Plaintiff Rodney Harper's Motion for Contempt (ECF No. 38) and Motion for Hearing (ECF No. 39), both filed on May 7, 2018. The United States Magistrate Judge entered a report and recommendation on January 25, 2019, recommending that Plaintiff's Motion for Contempt be denied. The Magistrate Judge also denied the Motion for Hearing. Pursuant to Federal Rule of Civil Procedure 72, Plaintiff had fourteen (14) days from the service of the Magistrate Judge's report in which to file objections. Plaintiff did not object to the report, and the time for filing objections has now passed. Having reviewed the report and recommendation *de novo*, the Court hereby **ADOPTS** the Magistrate Judge's recommendation. Plaintiff's Motion for Contempt is **DENIED**. The Clerk is directed to terminate Plaintiff's Motion for Hearing, which the Magistrate Judge denied on January 25, 2019.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: February 20, 2019